IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BMO HARRIS BANK N.A.,

        Plaintiff,

      v.

M. BROTHERS TRANSPORT
LLC, an Oregon limited liability
Company, EMIL MAFTEI, also known
as Emil Maftey,

        Defendants.

No. 3:23-cv-01221-SB

ORDER

**BAGGIO, District Judge:**

On May 14, 2025, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R", ECF 35) recommending that this Court grant Plaintiff's motion for attorney fees (ECF 29) and grant leave for Plaintiff to file a supplemental motion for any fees and costs incurred but not yet billed to Plaintiff. Neither party filed objections, and the Court adopts Judge Beckerman's recommendation without modification.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. §§ 636(b)(1)(B), (C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however,

1 – ORDER

required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

Upon review, the Court agrees with Judge Beckerman's recommendation and ADOPTS the F&R (ECF 35) in full. Plaintiff's motion for attorney fees (ECF 29) is GRANTED, and Plaintiff is granted leave to file a supplemental motion, if needed, for any fees and costs incurred but not yet billed to Plaintiff. Plaintiff is awarded $7,873.50 for fees and $261.65 for costs, both of which the Court finds were reasonably incurred to seek Defendants' compliance with the May 2, 2024, (ECF 14) injunction.

IT IS SO ORDERED.

DATED this  9th  day of June 2025.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge

2 – ORDER